No. 85–6687.   ACEN ET AL. *v.* MASSACHUSETTS.   Appeal from Sup. Jud. Ct. Mass. dismissed for want of substantial federal question.

No. — – ——.   MANRIQUE-FERNANDEZ *v.* IMMIGRATION AND NATURALIZATION SERVICE.   Motion to direct the Clerk to file the petition for writ of certiorari out of time denied.

No. — – ——.   GRACE *v.* HEARTLAND TRANSPORTATION INC., 475 U. S. 1042.   Motion for reconsideration of order of Court entered March 3, 1986, denied.

No. D–546.   IN RE DISBARMENT OF AUGUST.   Irving A. August, of Birmingham, Mich., having requested to resign as a member of the Bar of this Court, it is ordered that his name be stricken from the roll of attorneys admitted to practice before the Bar of this Court.   The rule to show cause, heretofore issued on February 24, 1986 [475 U. S. 1004], is hereby discharged.

No. D–549.   IN RE DISBARMENT OF DUKE.   Charles Louis Duke, of Houston, Tex., having requested to resign as a member of the Bar of this Court, it is ordered that his name be stricken from the roll of attorneys admitted to practice before the Bar of this Court.   The rule to show cause, heretofore issued on March 24, 1986 [475 U. S. 1079], is hereby discharged.

No. D–552.   IN RE DISBARMENT OF PLAZA.   Disbarment entered.   [For earlier order herein, see 475 U. S. 1106.]

No. 84–2022.   324 LIQUOR CORP., DBA YORKSHIRE WINE & SPIRITS *v.* MCLAUGHLIN ET AL.   Ct. App. N. Y.   [Probable jurisdiction noted, 475 U. S. 1080.]   Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 85–495.   ANSONIA BOARD OF EDUCATION ET AL. *v.* PHILBROOK ET AL.   C. A. 2d Cir.   [Certiorari granted, 474 U. S. 1080.]   Motion of respondents Ansonia Federation of Teachers et al. for divided argument granted.